IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARVIN JERELDS,

    Plaintiff,

v.                                            CASE NO. 1:07-cv-00212-MP-AK

BOB BARK, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed without prejudice for violation of the three strikes rule of 28 U.S.C. § 1915. Objections were filed, doc. 6, which the Court has reviewed. Plaintiff has had at least three prior prisoner actions dismissed within this District alone on the grounds that they were frivolous, malicious, or failed to state a claim. Also, in the present lawsuit, Plaintiff complains that the defendants did not provide him with appropriate mental health care, and this does not constitute imminent danger of serious injury such as to come within the exception of 28 U.S.C. §1915. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is dismissed without prejudice to it being filed again with the payment of the full filing fee. The clerk is directed to close the file.

**DONE AND ORDERED** this *4th* day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge